In re Conservatorship of Herman R. Hire, Incompetent. Bessie L. Hire, Conservatrix, Appellee, v. First National Bank of Peoria, Appellant.

Gen. No. 9,477. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940; rehearing denied May 9, 1940. F. B. Brian and D. W. Evans, for appellant; William Dunn and J. E. Richards, of counsel; James H. Andrews, Gregg A. Young and Harper Andrews, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."